*Order*

PER CURIAM:

Appellant Lisa Leonard appeals from a Judgment and Decree of Modification transferring sole physical custody of the parties' minor children to Respondent Christopher Leonard. We affirm. Because a published opinion would have no precedential value, a memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).

claims of breach of contract, specific performance of contract, tortious interference with contract, civil conspiracy, and punitive damages regarding the proposed sale of an Allstate Insurance agency. Because a published opinion would have no precedential value, a memorandum has been provided to the parties. The judgment is affirmed.

Rule 84.16(b).

---

■

**Robert D. SRADER, Appellant,**

v.

**Teri WEBER, Respondent.**

**No. WD 69545.**

Missouri Court of Appeals,
Western District.

March 17, 2009.

Philip F. Cardarella, Kansas City, MO, for Appellant.

Teri Weber, Raytown, pro se.

. Before LISA WHITE HARDWICK, P.J., VICTOR C. HOWARD, Judge and ALOK AHUJA, Judge.

***ORDER***

PER CURIAM:

Robert Srader appeals the trial court's grant of summary judgment in favor of William Weedon and Teri Weber on his

---

■

**STATE of Missouri, Respondent,**

v.

**Anthony S. DAVIS, Appellant.**

**No. WD 68260.**

Missouri Court of Appeals,
Western District.

March 17, 2009.

Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

Susan E. Summers, Kansas City, MO, for Appellant.

Before: JAMES M. SMART, Presiding Judge, JOSEPH M. ELLIS, Judge and JAMES E. WELSH, Judge.

***ORDER***

PER CURIAM:

Anthony Davis appeals from his convictions for second-degree murder, *first-de-*